IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1755-09






CALVIN BERNARD SUMRELL, Appellant



v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIFTH COURT OF APPEALS


DALLAS COUNTY





 Per curiam. Meyers, J., not participating. 


O P I N I O N 



 A jury convicted Sumrell of delivering four grams or more but less than two hundred
grams of cocaine, and the judge sentenced him to twenty-five years' confinement. The
Dallas Court of Appeals reversed, holding that Sumrell's constitutional right to be present
during jury selection was violated and that the error was harmful. (1)

 We granted the State's petition for discretionary review to determine whether the court
of appeals misconstrued relevant facts as provided in the record. We have determined that
our decision to grant review was improvident. Therefore, the petition is dismissed.


DATE DELIVERED: September 15, 2010

DO NOT PUBLISH
1. Sumrell v. State, No. 05-08-00732-CR, 2009 Tex. App. LEXIS 5869 at *15 (Tex.
App.--Dallas July 30, 2009).